(125 So. 60)

## S. S. PARKER v. FIDELITY & DEPOSIT CO. OF MD. (6 Div. 361.)

Supreme Court of Alabama. Dec. 5, 1929.

■

David J. Davis, of Birmingham, for appellant.

London, Yancey & Brower and J. Kirkman Jackson, all of Birmingham, for appellee.

PER CURIAM. This case is ruled by Fidelity & Deposit Co. of Baltimore v. O. S. Rainer (Ala. Sup.) 125 So. 55,[1] this day decided on application for rehearing. Under the ruling of a majority of the court in that case, the judgment here appealed from must be reversed.

Reversed and remanded.

All the Justices concur.

[1] Ante, p. 262.